**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER ABEL RUIZ, | ) | NO. ED CV 12-839-ODW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID LONG, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: December 17, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE